## SHUKAT ARROW HAFER WEBER & HERBSMAN, L.L.P.
### ATTORNEYS AT LAW
### 111 WEST 57TH STREET
### NEW YORK, NEW YORK 10019

ALLEN H. ARROW*
PETER S. SHUKAT
J. JEFFREY HAFER
DOROTHY M. WEBER
JONAS E. HERBSMAN

JASON A. FINESTONE
MICHAEL B. FRISCH
ELLIOT A. RESNIK
KERRY L. SMITH

JUDITH A. MEYERS+



TELEPHONE (212) 245-4580
TELECOPIER (212) 956-6471

*ALSO MEMBER CALIFORNIA BAR
+ OF COUNSEL

WRITER'S E-MAIL:

dorothy@musiclaw.com

**MEMO ENDORSED**

December 7, 2012



**Via Facsimile: (212) 805-6712**

Honorable Kevin Nathaniel Fox
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   Workman Publishing Co. et al v.
      Publications International Ltd., et al
      Case No. 11 CIV 8212 (LTS)(KNF)

Dear Judge Fox:

We write to advise the Court that the above-captioned matter has been settled in principle. A draft of the settlement agreement has been circulated and is being finalized, and the funds due under the agreement are being held by the firm of Shukat Arrow Hafer Weber & Herbsman, LLP.

SHUKAT ARROW HAFER WEBER & HERBSMAN, L.L.P.

Honorable Kevin Nathaniel Fox
December 7, 2012
Page | 2

At this time, both sides agree that the matter may be dismissed, subject to the right of the Plaintiffs to reopen the action within thirty (30) days in the event the settlement agreement is not completed.

In view of this, we ask that the telephonic status conference set for December 10, 2012 at 2:00 p.m., be adjourned.

12/7/12

Based on the above, the telephonic conference scheduled for December 10, 2012, is cancelled.
SO ORDERED!
(Kevin Nathaniel Fox) By: _____
KEVIN NATHANIEL FOX, U.S.M.J.

Respectfully submitted,

Shukat Arrow Hafer Weber
& Herbsman, LLP

By: _____
Dorothy M. Weber
*Attorneys for the Defendants*

McLaughlin & Stern, LLP

By: _____
Oliver R. Chernin
*Attorneys for the Plaintiffs*

cc: Honorable Laura Taylor Swain